UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAY CONLIN,<br><br>              Plaintiff,<br><br>       v.<br><br>AEGIS SENIOR COMMUNITIES LLC,<br><br>              Defendant. | Case No. 17-CV-05534-LHK<br><br>**JUDGMENT** |

On November 29, 2018, the Court granted the motion for final approval of class action settlement and the motion for attorneys' fees and expenses. ECF No. 52. Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-05534-LHK
JUDGMENT

1